IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLAUDIA SAINZ,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, NA; AMERICAN<br>SERVICING COMPANY; HSBC<br>FINANCIAL, as Trustee for NOMURA<br>ASSET ACCEPTANCE CORPORATION;<br>and DOES 1-10, inclusive,<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:10-cv-01219-GEB-EFB<br><br><br>RELATED CASE ORDER |
| CLAUDIA SAINZ,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, NA; AMERICAN<br>SERVICING COMPANY; HSBC<br>FINANCIAL, as Trustee for NOMURA<br>ASSET ACCEPTANCE CORPORATION;<br>and DOES 1-10, inclusive,<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:10-cv-02704-JAM-GGH |

        Defendants filed a "Notice of Related Case" in which they state:

> Pursuant to Eastern District Local Rule 123, Defendants . . . provide notice that the instant action is related to the following action recently filed with this Court:
>
> <u>Claudia Sainz v. Wells Fargo Bank, NA, American Servicing Company, HSBC Financial as Trustee for Nomura Asset Acceptance Corporation, and Does 1-10 inclusive</u>, pending before this court as Case No. 2:10-CV-02704.

1

1 | The claims in each action are the same claims
2 | and they arise from the same transaction.

3 | (ECF No. 16, 1:20-1:27.)

4 |     Examination of the above-entitled actions reveals that the
5 | cases are related within the meaning of Local Rule 123(a).

6 |     Under the regular practice of this Court, related cases are
7 | generally assigned to the judge and magistrate judge to whom the first
8 | filed action was assigned. Therefore, action 2:10-cv-02704-JAM-GGH is
9 | reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Edmund
10 | F. Brennan for all further proceedings, and any dates currently set in
11 | the reassigned case are VACATED. Henceforth the caption on documents
12 | filed in the reassigned case shall show the initials "GEB-EFB."

13 |     The Clerk of Court shall an issue an Order Setting Status
14 | (PreTrial Scheduling) Conference before the undersigned judge in the
15 | reassigned case.

16 |     Further, the Clerk of the Court shall make appropriate
17 | adjustment in the assignment of civil cases to compensate for this
18 | reassignment.

19 | Dated: January 26, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge