IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SAINZ,<br><br>       Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., AMERICAN SERVICING COMPANY, HSBC FINANCIAL, as Trustee for NOMURA ASSET ACCEPTANCE CORPORATION, and DOES 1-10, inclusive,<br><br>       Defendants. | 2:10-cv-2704-GEB-EFB<br><br>ORDER |

Since Plaintiff has dismissed this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A), the Clerk's Office shall close this action.

Dated: February 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1